RECEIVED
MAR - 9 1999
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
MAR 10 1999
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br> Plaintiff | § § § § | CIVIL ACTION NO. CV98-1637 S |
| v. | § § | JUDGE WALTER |
| GENERAL MOTORS CORPORATION <br> Defendant | § § § | MAG. JUDGE PAYNE |

## COMPLAINT IN INTERVENTION

NOW INTO COURT, through undersigned counsel, comes LINDA F. LOGAN, intervening in the above numbered and entitled action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure (hereinafter referred to as "Logan" or "Intervenor") and with respect represents that:

I.

Nature of Action

1. This is an action by Intervenor Linda F. Logan against Defendant General Motors Corporation for relief from its unlawful employment practices in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§2000e, et seq., and Title I of the Civil Rights Act



brp/96485.mot

of 1991, 14 U.S.C.A. §§1981a, et seq. Intervenor is a black female. Intervenor was employed by Defendant General Motors Corporation from March 16, 1981, until approximately August 22, 1996, when she was forced to terminate her employment as a result of discrimination against Intervenor on the basis of sex and sexual harassment.

## II.

### Jurisdiction

2. This Court has original jurisdiction of the claims asserted in this Intervention under the provisions of 28 U.S.C.A. §1331, since Intervenor's claims arise under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§2000e, et seq., and Title I of the Civil Rights Act of 1991, 14 U.S.C.A. §§1981a, et seq.

## III.

### Venue

3. Venue of this intervention is proper in this Court under 28 U.S.C.A. §1391(b). Defendant General Motors Corporation is a foreign corporation which is authorized to do and is doing business in the City of Shreveport, Caddo Parish, Louisiana, and within the Western District of Louisiana, Shreveport Division. Intervenor is now and was at all times relevant and material to this action a resident of the City of Shreveport. Intervenor was at all times relevant and material to this action employed by Defendant General Motors Corporation at its plant in Shreveport, Louisiana. The events or omissions, or a substantial part of the events or omissions, giving rise to Intervenor's

claims against Defendant General Motors Corporation occurred in the Western District of Louisiana and the Shreveport Division thereof.

IV.

Facts

4. Intervenor hereby incorporates by reference all of the allegations contained in the Complaint and Jury Demand filed by the U.S. Equal Employment Opportunity Commission in the above numbered and entitled action.

5. Intervenor has engaged counsel in connection with the aforesaid unlawful employment practices of Defendant General Motors Corporation and this action and Intervenor should be allowed a reasonable attorney's fee as a part of the costs of this action.

WHEREFORE, Intervenor Linda F. Logan prays that this Complaint in Intervention be allowed and filed in the above numbered and entitled action, that Plaintiff U.S. Equal Employment Opportunity Commission and Defendant General Motors Corporation each be duly served with a copy of this Complaint in Intervention in accordance with law and that after due proceedings had, judgment be rendered in favor of Intervenor Linda F. Logan and against Defendant General Motors Corporation for all of the relief to which Intervenor may be entitled, including all costs, attorney's fees and expert fees.

brp/96485.mot

   Intervenor Linda F. Logan further prays for all orders and decrees necessary or proper in the premises and for full general and equitable relief.

            Respectfully submitted,

            HARGROVE, PESNELL & WYATT

            By _____
              Billy R. Pesnell
              Bar Roll No. 10533

            Post Office Box 59
            Shreveport, Louisiana 71161-0059
            phone (318) 429-7200
            fax (318) 429-7201

          --  Attorneys for Linda F. Logan

brp/96485.mot